**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                          Case No. 12-32294

      Arlene Y Pena

        Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/15/2012.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/09/2012.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $17,900.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$0.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor:        $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 500 FAST CASH | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ABBOTT LABORATORIES | Unsecured | 1,011.00 | NA | NA | 0.00 | 0.00 |
| ABC LOAN | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ABT TELEVISION & APPLIANCES | Unsecured | 710.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 718.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 386.00 | NA | NA | Dec.00 | 0.00 |
| ARMED FORCES BANK | Unsecured | 4,074.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 2,201.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| CASH ADVANCE CORP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 1,255.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 2,367.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 858.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,650.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| COMPLETE PAYMENT RECOVERY SI | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| CONSUMERS COOPERATIVE CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DOUBLE TREE HOTEL | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| FACTORY FIRST FINANCE | Unsecured | 1,376.00 | NA | NA | 0.00 | 0.00 |
| FIRST MERIT BANK | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| FIRST MIDWEST BANK | Unsecured | 1,157.00 | NA | NA | 0.00 | 0.00 |
| G&G FAMILY DENTAL | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 11,300.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES CREDIT UNION | Unsecured | 3,230.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES EDUCATIONAL SRV | Unsecured | 14,296.00 | NA | NA | 0.00 | 0.00 |
| HYDE PARK TAX LIEN | Secured | 4,808.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 22,000.00 | NA | NA | 0.00 | 0.00 |
| KENNETH S BORCIA & ASSOC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| KERN HEATING | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY CLERK | Secured | 5,234.67 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MCJ REMODEL | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| MEDCLAIMS STAT | Unsecured | 1,234.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ACTION FIN SRV | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 4,893.00 | NA | NA | 0.00 | 0.00 |
| OMID | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 603.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER INC | Secured | 200.00 | NA | NA | 0.00 | 0.00 |
| ROBINSON HEATING & COOLING INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ROGERS & HOLLAND | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 14,400.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| STONEYBROOK | Secured | 5,800.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 919.00 | NA | NA | 0.00 | 0.00 |
| UNITED COMPUCRED | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| USA WEBCASH | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,264.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF GURNEE | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| WARREN TOWNSHIP | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| WAUKEGAN FAMILY DENTAL CENT. | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |
| ZZOUNDS | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/10/2013                           By: /s/ Glenn Stearns _____
                                                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**